

# Court of Appeals
## Sixth Appellate District of Texas

## J U D G M E N T

Michel Marie Emerson, Appellant

No. 06-18-00162-CR     v.

The State of Texas, Appellee

Appeal from the 4th District Court of Rusk County, Texas (Tr. Ct. No. CR14-222). Memorandum Opinion delivered by Justice Stevens, Chief Justice Morriss and Justice Burgess participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We note that the appellant, Michel Marie Emerson, has adequately indicated her inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED JANUARY 25, 2019
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk